In the Matter of the Application of REGINA BOULEVARD CORPORATION, Respondent, against HARRIS H. MURDOCK and Others, as Members of and Constituting the Board of Standards and Appeals of the City of New York, Appellants.— On argument, order appointing a referee to take evidence reversed on consent, without costs, and matter remitted to the Special Term for a determination on the merits. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

PAULINE KERNER, Appellant, v. HERMAN EPSTEIN and Another, Respondents. —Action for an injunction restraining defendants from committing a continuing trespass, and for damages. Judgment for plaintiff. The sole appeal is by plaintiff, who appeals from that part of the judgment which awards her thirty dollars only. Judgment in so far as appealed from affirmed, with costs. No opinion. Lazansky, P. J., Young, Hagarty and Scudder, JJ., concur; Carswell, J., dissents.

LENA LERNER and Another, Appellants, v. DAVID PAROWER and Another, Respondents.— Judgment entered on an order dismissing plaintiffs' complaint reversed on the law and a new trial granted, costs to abide the event. Plaintiff wife was injured by falling over a water " stop cock " extending about two inches above the surface of a concrete sidewalk in front of the premises of the individual defendant. We think that the questions of negligence and contributory negligence, and whether the condition constituted a public nuisance, should have been submitted to the jury. (Archer v. City of Mount Vernon, 57 App. Div. 32; Powers v. Village of Mechanicville, 163 id. 138; Preiss v. City of New York, 69 Misc. 492; Turner v. City of Newburgh, 109 N. Y. 301.) Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

RITA MARKOWITZ, an Infant, by CHARLES MARKOWITZ, Her Guardian ad Litem, and Another, Respondents, v. DOROTHY FOX and Others, Defendants, and ROBBINS & MYERS, INC., Appellant.— Order denying motion to set aside the service of summons and complaint on a foreign corporation affirmed, with ten dollars costs and disbursements, with leave to the appealing defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.